UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DASHA J. WRIGHT, As Administratrix of the ESTATE OF CAMEREN F. SMITH, And as Parent and Guardian of CALIE J. SMITH and CYLAH F. SMITH, Infants,

                    Plaintiff,

vs.

BOSLER DESIGN SERVICES, INC.,

                    Defendant.

Civil Action No. 23-cv-00566

**NOTICE OF REMOVAL**

*Removed from*:
Supreme Court of the
State of New York, Erie County
Index No. 804999/2023

---

TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK:

**PLEASE TAKE NOTICE THAT** Defendant, BOSLER DESIGN SERVICES, INC., ("Bosler"), hereby seeks to remove to this Federal District Court the state court action described herein, pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1447. Pursuant to 28 U.S.C. § 1446(d) and this Court's Local Rules, copies of this Notice of Removal are being served on all parties at the addresses listed in Plaintiff's state court Complaint and are being filed in the Supreme Court of the State of New York, Erie County.

## INTRODUCTION

1. On April 20, 2023, Plaintiff, DASHA J. WRIGHT, As Administratrix of the ESTATE OF CAMEREN F. SMITH, And as Parent and Guardian of CALIE J. SMITH and CYLAH F. SMITH, Infants (collectively, "Plaintiff") filed the Complaint (the "Complaint") in the Supreme Court of the State of New York, Erie County, styled as *Wright, et al. v. Bosler Design Services, Inc.*, Index No. 804999/2023 (the "State Court Action").

2. The State Court Action concerns allegations of an incident that occurred on December 11, 2021, where Plaintiff's decedent was fatally injured in the course of his employment for CertainTeed when he was allegedly operating a BEM01 embossing machine (the "Machine"). Specifically, Plaintiff's Complaint contains allegations that the Machine was allegedly defective in its design, manufacture or warnings. *See* Exhibit 1.

3. The removing Defendant, Bosler, was served with Plaintiff's Summons and Complaint on May 22, 2023. A copy of the Summons and Complaint are attached as **Exhibit 1**.

4. No further proceedings, specific to the aforementioned index number have occurred in Erie County Supreme Court.

5. Plaintiff seeks monetary relief in the form of "general and special damages" and based on the allegations in the Complaint, the amount in controversy, in this alleged wrongful death litigation, is greater than $75,000, exclusive of interest and costs.

6. Upon information and belief, the incident referenced in Plaintiff's Complaint occurred within the State of New York.

7. Pursuant to Local Rule 81(a)(1), a completed civil cover sheet is attached hereto as **Exhibit 2**. Pursuant to Local 81(a)(3), an index of all documents filed in the State Court Action is attached hereto as **Exhibit 3**.

8. Upon information and belief, the Plaintiff-Decedent was, at all times relevant to this litigation, a resident of the State of New York.

9. Bosler is a foreign corporation incorporated in the State of Pennsylvania with its principle place of business located at 50 Princeton Court, Langhorne, Pennsylvania.

10. This Court therefore has original jurisdiction over the above-entitled action pursuant to 28 U.S.C. § 1332(a)(2), and since the Defendant is not a citizen or resident of the State

of New York, wherein the above-entitled action is pending, removal of the action to this Court is proper pursuant to 28 U.S.C. § 1441(a).

11.  This Notice is filed with the Court within thirty (30) days after receipt and service of the Summons and Complaint on the moving party in the above-entitled action.

12.  The Defendant will give written notice of the filing of this notice as required by 28 U.S.C. § 1446(d).

13.  A copy of this notice will be filed with the Clerk of the Erie County Supreme Court as required by 28 U.S.C. § 1446(d).

14.  Pursuant to 28 U.S.C. § 1332, this Court has jurisdiction over this action because it is between citizens of different states, and the amount in controversy is greater than $75,000, exclusive of interest and costs. This action, therefore, could have been filed originally in this Court and is now properly removed to this Court.

15.  Plaintiff is a citizen of the State of New York. Generally, "[a]n individual's citizenship, within the meaning of the diversity statute, is determined by his domicile." *Van Buskirk v. United Grp. of Cos., Inc.*, 935 F.3d 49, 53 (2d Cir. 2019). Here, the Complaint specifically alleges that Plaintiff "was and is a resident of . . . the County of Erie [New York]." Compl. ¶ 1.

16.  Defendant Bosler is a Pennsylvania corporation, who, for purposes of diversity jurisdiction, are considered citizens of "every State . . . by which [they have] been incorporated and of the State . . . where [they have their] principal place of business." 28 U.SC. § 1332(c)(1).

17.  This action is being removed "to the district court of the United States for the district and division embracing the place where such action is pending," pursuant to 28 U.S.C. §

1441(a).  The United States District Court for the Western District of New York embraces Erie County, New York.  28 U.S.C. § 112(d).

18. No previous application has been made for the removal requested herein.

### Preservation of Rights and Defenses

19. All rights are reserved, including, but not limited to, defenses and objections as to venue and personal jurisdiction and the right to move for dismissal of the Complaint for, *e.g.*, failure to state a claim for relief and failure to sue the appropriate parties.  The filing of this Notice of Removal is subject to, and without waiver of, any such defenses and objections.

20. Bosler also reserves the right to amend or supplement this Notice of Removal.

**WHEREFORE**, the removing party prays that the above-entitled action be removed from the Erie County Supreme Court to the United States District Court for the Western District of New York.

Dated: Buffalo, New York
       June 20, 2023

s/*Kyle W. Dukmen*
_____
KYLE W. DUKMEN, ESQ.
Gibson, McAskill & Crosby, LLP
*Attorneys for Defendant*
BOSLER DESIGN SERVICES, INC.
69 Delaware Avenue, Suite 900
Buffalo, New York 14202
(716) 856-4200

TO: John F. Maxwell, Esq.
    Maxwell Murphy, LLC
    *Attorneys for Plaintiff*
    1230 Delaware Ave.
    Buffalo, NY  14209
    (716) 885-1300

4