UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DASHA J. WRIGHT, As Administratrix of the
ESTATE OF CAMEREN F. SMITH,
And as Parent and Guardian of CALIE J. SMITH
and CYLAH F. SMITH, Infants,

                Plaintiff

vs.

BOSLER DESIGN SERVICES, INC.,

                Defendant.

**DEFENDANT'S FRCP 7.1(a) CORPORATE DISCLOSURE**

Civil Action No. 23-cv-00566

---

Defendant, BOSLER DESIGN SERVICES, INC. (hereinafter "Bosler"), submits the following corporate disclosure pursuant to Federal Rule of Civil Procedure 7.1(a):

1. **Bosler is a privately owned incorporated business that has no parent company and no other company or other corporate entity has any ownership interest in Bosler.**

Dated: Buffalo, New York
        June 27, 2023

s/*Kyle W. Dukmen*

KYLE W. DUKMEN, ESQ.
Gibson, McAskill & Crosby, LLP
*Attorneys for Defendant*
*BOSLER DESIGN SERVICES, INC.*
69 Delaware Avenue, Suite 900
Buffalo, New York 14202
(716) 856-4200

TO:  John F. Maxwell, Esq.
      Maxwell Murphy, LLC
      *Attorneys for Plaintiff*
      1230 Delaware Ave.
      Buffalo, NY  14209
      (716) 885-1300